FILED
FEB 10 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 7:11-MJ-1035-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 4:12CR00053 FRB |

| NAME OF OFFENDER | DISTRICT | DIVISION |
|---|---|---|
| Bradford Thorne Duncan | EASTERN NORTH CAROLINA | |
| | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | |
| | DATES OF SUPERVISION → | FROM 12/21/2011 — TO 12/20/2012 |

**OFFENSE**
Reckless Driving 18 USC § 13, NCGS 20-140(b)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Eastern District of Missouri upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

January 11, 2012
Date

_[signature]_
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

FILED FEB 17 2012
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

JANUARY 30, 2012
Effective date

_Frederick R. Buckles_
United States ~~District~~ Judge
MAGISTRATE